

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

FEB 18 2015

JULIA C. DUDLEY, CLERK
BY: 
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF WOODSTOCK SELF STORAGE, 23540 OLD VALLEY PIKE, STORAGE FACILITY NUMBERS 13 & 20, WOODSTOCK, VA, 22664 | SEALED<br><br>Case No.: 5:15mj00010 |

## MOTION TO SEAL

The United States of America, by and through its attorney, hereby moves the Court for an Order sealing the Search Warrant, Affidavit of DEA Special Agent Richard Harrison, and all related documents. In support of this motion, the government states as follows: (1) the investigation of this matter is ongoing; and (2) release of this information would jeopardize this investigation and the safety of law enforcement officers.

Wherefore, the United States requests the Court to seal the documents until March 20, 2015 (a period of thirty days).

Date: February 18, 2015

Respectfully submitted,

ANTHONY P. GIORNO
Acting United States Attorney

_____
Elizabeth G. Wright
Assistant U.S. Attorney
VSB No. 71576
United States Attorney's Office
116 North Main Street, Ste. 130
Harrisonburg, Virginia 22802
Tel.: (540) 432-6636
*elizabeth.wright2@usdoj.gov*